# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 8, 2014

## NO. 03-10-00319-CV

**Appellants, Lou Ann Hughes and Performance Products, Inc.//**
**Cross-Appellant, James Pearcy**

**v.**

**Appellee, James Pearcy//**
**Cross-Appellees, Lou Ann Hughes and Performance Products, Inc.**

**APPEAL FROM THE 433RD DISTRICT COURT OF COMAL COUNTY**
**BEFORE CHIEF JUSTICE JONES, JUSTICES HENSON AND GOODWIN**
**AFFIRMED -- OPINION BY JUSTICE GOODWIN;**
**JUSTICE HENSON NOT PARTICIPATING**

This is an appeal from the judgment signed by the trial court on March 9, 2010. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.